IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. |
| v. | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) ) **DEMAND FOR JURY TRIAL** ) ) ) |
| | ) |
| Defendants. | ) |

**ALCOA INC.'S DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Alcoa Inc., by the undersigned counsel, makes the following Corporate Disclosure: Alcoa Inc. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Alcoa Inc.

_/s/ Allen M. Terrell, Jr._
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff

OF COUNSEL:
Thomas G. Rohback
James J. Reardon
Benjamin J. Ferron
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500

Dated: July 25, 2006

RLF1-3040934-1