IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-451-SLR |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff Alcoa Inc. and defendant Century Aluminum Company ("Century Aluminum"), and subject to the approval of the Court, that Century Aluminum shall answer, move, or otherwise respond to the complaint in this action on or before Thursday, September 28, 2006.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Allen M. Terrell, Jr. | /s/ Christian Douglas Wright |
| Allen M. Terrell, Jr. (No. 709) | Christian Douglas Wright (No. 3554) |
| Steven J. Fineman (No. 4025) | Mary F. Dugan (No. 4704) |
| One Rodney Square | The Brandywine Building |
| 920 North King Street | 1000 West Street, 17th Floor |
| P.O. Box 551 | P.O. Box 391 |
| Wilmington, DE 19899-0551 | Wilmington, DE 19899-0391 |
| (302) 651-7700 | (302) 571-6600 |
| *Attorneys for Plaintiff Alcoa Inc.* | *Attorneys for Defendant Century Aluminum Company* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, hereby certify that on August 11, 2006, I electronically filed a true and correct copy of the foregoing Stipulation Extending Time to Answer, Move, or Otherwise Respond to Complaint with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for Plaintiff Alcoa Inc.:

>Allen M. Terrell, Jr., Esquire
>Steven J. Fineman, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>P.O. Box 551
>Wilmington, DE 19801

I further certify that on August 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the below-listed counsel for Co-Defendants in the manner indicated:

### BY HAND DELIVERY

>John G. Day, Esquire
>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

/s/ Mary F. Dugan
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-5028
mdugan@ycst.com

*Attorneys for Defendant Century Aluminum Company*