IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN INC., ALCAN ROLLED )<br>PRODUCTS-RAVENSWOOD LLC, f/k/a )<br>PECHINEY ROLLED PRODUCTS, LLC, )<br>PECHINEY CAST PLATE, INC., and )<br>CENTURY ALUMINUM COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR<br><br>DEMAND FOR JURY TRIAL |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, Defendant Alcan Inc., has accepted service of process through the law firm of Jenner & Block LLP, and Defendants Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC and Pechiney Cast Plate, Inc. have been duly served through their respective registered agents of service,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc shall move, answer or otherwise respond to the Complaint is extended to and including September 28, 2006.

/s/ _____
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Alcoa Inc.

/s/ Steven J. Balick _____
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
Attorneys for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC and Pechiney Cast Plate, Inc.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2006, the attached **STIPULATION AND ORDER TO EXTEND TIME** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**

/s/ Steven J. Balick
_____
Steven J. Balick

172096.1