IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-451-SLR |
| ) | |
| ALCAN INC., ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY ROLLED ) | |
| PRODUCTS, LLC, PECHINEY CAST PLATE, ) | |
| INC., and CENTURY ALUMINUM COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CENTURY ALUMINUM COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Century Aluminum Company ("Century") hereby certifies that it has no parent company, and that there is no publicly held corporation that owns 10% or more of Century's stock.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Mary F. Dugan*
Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant Century
Aluminum Company*

Dated: August 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed a true and correct copy of Defendant Century Aluminum Company's Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Allen M. Terrell, Jr., Esquire
>Steven J. Fineman, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>P.O. Box 551
>Wilmington, DE 19899-0551
>
>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

I further certify that on August 24, 2006, I caused a copy of the foregoing Rule 7.1 Disclosure Statement to be served by hand delivery on the above-listed counsel of record.

*(signature)*

Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-5028
mdugan@ycst.com

*Attorneys for Defendant Century Aluminum Company*