IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 06-451-SLR |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff Alcoa Inc. and defendant Century Aluminum Company ("Century Aluminum"), and subject to the approval of the Court, that the date on or before which Century Aluminum shall answer, move or otherwise respond to the complaint in this action shall be extended from Thursday, September 28, 2006 to Friday, October 13, 2006.

| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Fineman | *Christian Douglas Wright* |
| Allen M. Terrell, Jr. (No. 709) | Christian Douglas Wright (No. 3554) |
| Steven J. Fineman (No. 4025) | Mary F. Dugan (No. 4704) |
| One Rodney Square | The Brandywine Building |
| 920 North King Street | 1000 West Street, 17th Floor |
| P.O. Box 551 | P.O. Box 391 |
| Wilmington, DE 19899-0551 | Wilmington, DE 19899-0391 |
| (302) 651-7700 | (302) 571-6600 |
| *Attorneys for Plaintiff Alcoa Inc.* | *Attorneys for Defendant Century Aluminum Company* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge