IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS- | ) |
| RAVENSWOOD LLC, f/k/a PECHINEY | ) |
| ROLLED PRODUCTS LLC, PECHINEY CAST | ) |
| PLATE INC., and CENTURY ALUMINUM | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by and between plaintiff Alcoa, Inc. and defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, and Pechiney Cast Plate Inc., subject to the approval and order of the Court, that the date on or before which Alcan Inc., Alcan Rolled Products-Ravenswood LLC, and Pechiney Cast Plate Inc., shall answer, move or otherwise respond to the complaint in this action shall be extended from Thursday September 28, 2006 to Friday October 13, 2006.

| | |
|---|---|
| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
| | |
| /s/ Steven J. Fineman | /s/ John G. Day |
| | |
| Alan M. Terrell, Jr.(I.D. #709) | Steven J. Balick (I.D. #2114) |
| Steven J. Fineman (I.D. #4025) | John G. Day (I.D. #2403) |
| One Rodney Square | Tiffany Geyer Lydon (ID #3950) |
| P.O. Box 551 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| terrell@rlf.com | sbalick@ashby-geddes.com |
| fineman@rlf.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC and Pechiney Cast Plate Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2006, the attached **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Christian D. Wright, Esquire  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801

HAND DELIVERY

/s/ John G. Day
_____
John G. Day

172155.1