IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-451-SLR |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS- | ) |
| RAVENSWOOD LLC, f/k/a PECHINEY | ) |
| ROLLED PRODUCTS, LLC, PECHINEY | ) |
| CAST PLATE, INC., and CENTURY | ) |
| ALUMINUM COMPANY, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between Alcoa and Century Aluminum, subject to the approval of the Court, that the date on or before which Century Aluminum shall answer, move, or otherwise respond to the complaint in this action shall be extended from Friday, October 13, 2006 to Friday, October 27, 2006.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ Steven J. Fineman | Christian Douglas Wright (No. 3554) |
| Allen M. Terrell, Jr. (No. 709) | Mary F. Dugan (No. 4704) |
| Steven J. Fineman (No. 4025) | The Brandywine Building |
| One Rodney Square | 1000 West Street, 17th Floor |
| 920 North King Street | P.O. Box 391 |
| P.O. Box 551 | Wilmington, DE 19899-0391 |
| Wilmington, DE 19899-0551 | (302) 571-6600 |
| (302) 651-7700 | |
| | |
| *Attorneys for Plaintiff Alcoa Inc.* | *Attorneys for Defendant Century Aluminum Company* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed a true and correct copy of Stipulation Extending Date to Answer, Move, Or Otherwise Respond to Complaint with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Allen M. Terrell, Jr., Esquire
> Steven J. Fineman, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> P.O. Box 551
> Wilmington, DE 19899-0551
>
> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on October 11, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

*(signature)*
Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
cwright@ycst.com

*Attorneys for Defendant Century Aluminum Company*