## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN INC., ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, f/k/a PECHINEY )<br>ROLLED PRODUCTS LLC, PECHINEY CAST )<br>PLATE INC., and CENTURY ALUMINUM )<br>COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR |

## ALCAN INC.'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Alcan Inc. respectfully moves to be dismissed from this action for lack of personal jurisdiction.

1. In its Complaint, Alcoa, Inc. ("Alcoa") does not allege that Alcan Inc. conducted activities in Delaware or had contacts with Delaware that would establish personal jurisdiction over Alcan Inc. in Delaware under either the Delaware long-arm statute or the requirements of federal due process.

2. Alcoa could not make allegations sufficient to satisfy the requirements for exercising personal jurisdiction over Alcan Inc. under the Delaware long-arm statute or federal due process because Alcan Inc. has no contacts with Delaware, as demonstrated by the Affidavit of Roy Millington, Corporate Secretary of Alcan Inc.

3. In further support of this motion, Alcan Inc. submits contemporaneously herewith: (i) Alcan Inc.'s Opening Memorandum of Law in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction; and (ii) the Affidavit of Roy Millington.

WHEREFORE, Alcan Inc. respectfully requests that the Court grant its motion to be dismissed from this action for lack of personal jurisdiction.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
Attorneys for Alcan Inc.

*Of Counsel:*

Richard P. Steinken (*pro hac vice*)
Shelley Smith (*pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7212

Dated:  October 13, 2006
174198.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | )   C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS- | ) |
| RAVENSWOOD LLC, f/k/a PECHINEY | ) |
| ROLLED PRODUCTS LLC, PECHINEY CAST | ) |
| PLATE INC., and CENTURY ALUMINUM | ) |
| COMPANY, | ) |
| | ) |
|       Defendants. | ) |

## **ORDER**

On this _____ day of _____, 2006, having considered Alcan Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and the Plaintiff's response thereto, IT IS HEREBY ORDERED that Alcan Inc.' motion is GRANTED and Alcan Inc. is hereby dismissed from the lawsuit for lack of personal jurisdiction.

 

_____
CHIEF JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October 2006, the attached **ALCAN INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Thomas G. Rohback, Esquire<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | VIA FEDERAL EXPRESS |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven J. Balick*
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　Steven J. Balick

172155.1