**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN INC., ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY ) | |
| ROLLED PRODUCTS LLC, PECHINEY CAST ) | |
| PLATE INC., and CENTURY ALUMINUM ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO TRANSFER VENUE
AND ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

1.  Alcan Inc., Alcan Rolled Products-Ravenswood LLC and Pechiney Cast Plate Inc. (the "Alcan Defendants") now move this Court pursuant to 28 U.S.C. §1404(a) to transfer this action to the United States District Court for the Central District of California. Pursuant to Fed. R. Civ. P. 6(b), the Alcan Defendants also request that the date for filing an answer or other responsive pleading be postponed until after this Court rules on this motion to transfer venue. Alcan Inc. has concurrently filed a motion to dismiss for lack of personal jurisdiction.

2.  The convenience of the parties and witnesses and the interests of justice will be furthered by transferring this case to the Central District of California, which has a much more significant connection to the dispute. The dispute in this case is over responsibility for the remediation of environmental contaminants located at a cast aluminum plate manufacturing and sales facility in Vernon, California. Alcoa Inc. ("Alcoa") is seeking a declaratory judgment that it is not responsible for environmental liabilities related to the Vernon, California facility and that all liabilities related to that site are the responsibility of one or more of the defendants.

3. Venue in the Central District of California is more appropriate because: (1) Alcoa's claims arise from actions allegedly taken in Vernon, California, in the Central District of California; (2) the majority of the party and non-party witnesses are in California, and no witnesses are located in Delaware; (3) the majority of the relevant documents are in Vernon, California, and no relevant documents are in Delaware; and (4) the Central District of California has a significant interest in deciding disputes over remediation of environmental contaminants located within its jurisdiction.

4. The grounds for this motion are more fully set forth in the Alcan Defendants' Memorandum of Law in Support and in supporting affidavits, which are being filed concurrently herewith.

WHEREFORE, the Alcan Defendants respectfully request that this Court exercise its discretion under 28 U.S.C. § 1404(a) to transfer this action to the U.S. District Court for the Central District of California. Pursuant to Fed. R. Civ. P. 6(b), the Alcan Defendants also request that the date for the Alcan Defendants to file an answer or other responsive pleading to the Complaint be set by the transferee court.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (# 2114)
John G. Day (# 2403)
Tiffany Geyer Lydon (# 3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

*Of Counsel:*

Richard P. Steinken (*pro hac vice*)
Shelley Smith (*pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7631

Dated: October 13, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On this _____ day of _____, 2006, having considered Defendants' Motion to Transfer Venue and Postpone Date to Answer or Otherwise Plead, and the plaintiff's response thereto, IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of the Court shall transfer this case to the United States District Court for the Central District of California. The date by which the Alcan Defendants shall answer or otherwise plead in response to the Complaint shall be set with the transferee court.

_____
CHIEF JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October 2006, the attached **DEFENDANTS' MOTION TO TRANSFER VENUE AND ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Thomas G. Rohback, Esquire<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | VIA FEDERAL EXPRESS |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |

*/s/ Steven J. Balick*
_____
Steven J. Balick

172155.1