IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, <br><br> Defendants. | C.A. No. 06-451-SLR <br><br> **DEMAND FOR JURY TRIAL** |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff shall file and serve its answering briefs in response to Alcan Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 12) and Defendants' Motion to Transfer Venue and Enlarge Time to Answer or Otherwise Plead (D.I. 14) is extended to and including December 5, 2006. Defendants shall file and serve their reply briefs on or before December 20, 2006.

/s/ [signature]
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Alcoa Inc.

/s/ Steven J. Balick
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
Attorneys for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC and Pechiney Cast Plate, Inc.

2

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

2