IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-451-SLR |
| v. | ) | |
| | ) | |
| ALCAN INC., ALCAN ROLLED | ) | |
| PRODUCTS-RAVENSWOOD LLC, f/k/a | ) | |
| PECHINEY ROLLED PRODUCTS, LLC, | ) | |
| PECHINEY CAST PLATE, INC., and | ) | |
| CENTURY ALUMINUM COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert M. Howard, James R. Barrett, and Robyn L. Ginsberg of Latham & Watkins, LLP to represent defendant Century Aluminum in this matter.  Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
*Attorneys for Defendant Century
Aluminum Company*

Dated:  October 27, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of _____, 2006, that counsel's motion for admission pro hac vice of Robert Howard, James Barrett, and Robyn Ginsberg of Latham & Watkins, LLP is granted.

_____
Chief Judge Sue L. Robinson
United States District Court Judge

065500.1001

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed a true and correct copy of

the foregoing document with the Clerk of the Court using CM/ECF, which will send notification

that such filing is available for viewing and downloading to the following counsel of record:

> Allen M. Terrell, Jr., Esquire
> Steven J. Fineman, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> P.O. Box 551
> Wilmington, DE 19899-0551
>
> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on October 27, 2006, I caused a copy of the foregoing document to

be served by hand delivery on the above-listed counsel of record.

> Mary F. Dugan  (No. 4704)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> mdugan@ycst.com
>
> *Attorneys for Defendant Century Aluminum Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 27, 2006

Robert M. Howard
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619)238-3002
Facsimile: (619)696-7419

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 27, 2006

James R. Barrett
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202)637-2200
Facsimile: (202)637-2201

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  October 27, 2006

Robyn L. Ginsberg
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone:  (202)637-2200
Facsimile:  (202)637-2201