IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-451-SLR |
| | ) | |
| ALCAN, INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC f/k/a PECHINEY ROLLED PRODUCTS INC., LLC, PECHINEY CAST PLATE, INC. AND CENTURY ALUMINUM COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CENTURY ALUMINUM COMPANY'S MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY UNDER RULE 19

Pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19, Defendant Century Aluminum Company ("Century"), hereby moves this Court for entry of an Order, in the form attached hereto, dismissing this action without prejudice as a result of Plaintiff's failure to join an indispensable party as required by the Federal Rules of Civil Procedure. The grounds upon which Century brings this Motion are fully set forth in Century's Opening Brief in support of this Motion, filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

OF COUNSEL:

LATHAM & WATKINS LLP
Robert M. Howard
James R. Barrett
Robyn L. Ginsberg
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

/s/ Christian Douglas Wright
Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Dated: October 27, 2006

*Attorneys for Century Aluminum Company*

DB02:5580953.1                                                                                                                 065500.1001

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Allen M. Terrell, Jr., Esquire
> Steven J. Fineman, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> P.O. Box 551
> Wilmington, DE 19899-0551
>
> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on October 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

_____
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
mdugan@ycst.com

*Attorneys for Defendant Century Aluminum Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-451-SLR |
| | ) |
| ALCAN, INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC f/k/a PECHINEY ROLLED PRODUCTS INC., LLC, PECHINEY CAST PLATE, INC. AND CENTURY ALUMINUM COMPANY, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

This matter having been fully briefed, and the Court having been fully apprised of the facts and law in this matter, **IT IS HEREBY ORDERED THAT** Defendant Century Aluminum Company's Motion to Dismiss for Failure to Join a Party Under Rule 19 is GRANTED, and the above action is DISMISSED without prejudice.

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

DC\928270.2