IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, <br><br> Defendants. | C.A. No. 06-451-SLR <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff shall file and serve its answering brief in response to Century Aluminum Company's Motion To Dismiss For Failure To Join A Party Under Rule 19 (D.I. 19) is extended to and including December 19, 2006. Defendants shall file and serve their reply brief on or before January 12, 2007.

| | |
|---|---|
| /s/ Allen M. Terrell, Jr. <br> Allen M. Terrell, Jr. (#709) <br> terrell@rlf.com <br> Steven J. Fineman (#4025) <br> fineman@rlf.com <br> Richards Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> 302-651-7700 <br> Attorneys for Plaintiff Alcoa Inc. | /s/ Christian Douglas Wright <br> Christian Douglas Wright (#3554) <br> Mary F. Dugan (#4704) <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> 302-571-6600 <br> Attorneys for Defendant Century Aluminum Company |

2

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and by hand delivery to the following:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

Steven J. Fineman (#4025)