IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>ALCAN INC., ALCAN ROLLED )<br>PRODUCTS-RAVENSWOOD LLC, f/k/a )<br>PECHINEY ROLLED PRODUCTS, LLC, )<br>PECHINEY CAST PLATE, INC., and )<br>CENTURY ALUMINUM COMPANY, )<br>)<br>    Defendants. ) | C.A. No. 06-451-SLR<br><br>**DEMAND FOR JURY TRIAL** |

**NOTICE OF SERVICE**

TO:

Steven J. Balick, Esquire  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899

Christian D. Wright  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801

Shelley Smith, Esquire  
Jenner & Block LLP  
One IBM Plaza  
Chicago, IL 60611-7603

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Alcoa Inc.'s First Set Of Interrogatories To The Alcan Defendants Regarding Jurisdiction were caused to be served on December 7, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**  
Steven J. Balick, Esquire  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899

**BY HAND DELIVERY**  
Christian D. Wright  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801

**BY FEDERAL EXPRESS**  
Shelley Smith, Esquire  
Jenner & Block LLP  
One IBM Plaza  
Chicago, IL 60611-7603

|  |  |
|---|---|
| OF COUNSEL:<br>Thomas G. Rohback<br>James J. Reardon<br>Benjamin J. Ferron<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>860-293-3500 | /s/ Allen M. Terrell, Jr.<br>Allen M. Terrell, Jr. (#709)<br>terrell@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Plaintiff |

Dated: December 7, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
Steven J. Balick, Esquire
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on December 7, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

**BY FEDERAL EXPRESS**
Shelley Smith, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

Steven J. Fineman (#4025)
Fineman@rlf.com