IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-451-SLR |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-<br>RAVENSWOOD LLC, f/k/a PECHINEY<br>ROLLED PRODUCTS LLC, PECHINEY CAST<br>PLATE INC., and CENTURY ALUMINUM<br>COMPANY, | )<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>ASHBY & GEDDES
>
>*/s/ Steven J. Balick*
>
>Steven J. Balick (I.D.#2114)
>John G. Day (I.D. #2403)
>Tiffany Geyer Lydon (I.D. #3950)
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE  19899
>302-654-1888
>
>*Attorneys for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc.*

*Of Counsel:*

Shelley Smith
Richard P. Steinken
Carrie A. Fino
Jenner & Block
One IBM Plaza
Chicago, IL  60611-7603
(312) 222-9350

Dated:  December 15, 2006
175881.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Thomas G. Rohback, Esquire<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | VIA ELECTRONIC MAIL |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Robert M. Howard, Esquire<br>Latham & Watkins LLP<br>600 West Broadway, Suite 1800<br>San Diego, CA  92101 | VIA ELECTRONIC MAIL |
| James R. Barrett, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC  20004-1304 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick