# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN INC., ALCAN ROLLED ) | DEMAND FOR JURY TRIAL |
| PRODUCTS-RAVENSWOOD LLC, f/k/a ) | |
| PECHINEY ROLLED PRODUCTS, LLC, ) | |
| PECHINEY CAST PLATE, INC., and ) | |
| CENTURY ALUMINUM COMPANY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff shall file and serve its answering brief in response to Century Aluminum Company's Motion To Dismiss For Failure To Join A Party Under Rule 19 (D.I. 19) is extended to and including January 12, 2007. Defendant shall file and serve its reply brief on or before February 5, 2007.

<table>
<tr><td>

/s/ Allen M. Terrell, Jr.
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Alcoa Inc.

</td><td>

/s/ Christian Douglas Wright
Christian Douglas Wright (#3554)
cwright@ycst.com
Mary F. Dugan (#4704)
mdugan@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
302-571-6600
Attorneys for Defendant Century Aluminum Company

</td></tr>
</table>

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on December 15, 2006, I have sent by electronic mail, the foregoing document to the following non-registered participants:

**BY ELECTRONIC MAIL**
Shelley Smith, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

Steven J. Fineman (#4025)