## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN INC., ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, f/k/a PECHINEY )<br>ROLLED PRODUCTS LLC, PECHINEY CAST )<br>PLATE INC., and CENTURY ALUMINUM )<br>COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2006, **DEFENDANTS' OBJECTIONS AND RESPONSES TO ALCOA'S FIRST SET OF INTERROGATORIES REGARDING JURISDICTION** were served upon the following counsel of record at the address and in the manner indicated:

Allen M. Terrell, Jr., Esquire                                                           HAND DELIVERY
Richards Layton & Finger LLP
One Rodney Square
920 North King Street
Wilmington, DE  19801

Thomas G. Rohback, Esquire                                                       VIA ELECTRONIC MAIL
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103

Christian D. Wright, Esquire                                                        HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Robert M. Howard, Esquire                                        <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA  92101

James R. Barrett, Esquire                                        <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304


                                                      ASHBY & GEDDES

                                                      */s/ Tiffany Geyer Lydon*

                                                      _____
                                                      Steven J. Balick (I.D.#2114)
                                                      John G. Day (I.D. #2403)
                                                      Tiffany Geyer Lydon (I.D. #3950)
                                                      500 Delaware Avenue, 8th Floor
                                                      P.O. Box 1150
                                                      Wilmington, DE 19899
                                                      302-654-1888

                                                      *Attorneys for Defendants Alcan Inc.,*
*Of Counsel:*                                                *Alcan Rolled Products-Ravenswood*
                                                      *LLC, f/k/a Pechiney Rolled Products,*
Shelley Smith                                          *LLC, and Pechiney Cast Plate, Inc.*
Richard P. Steinken
Shahid U. Haque
Jenner & Block
One IBM Plaza
Chicago, IL  60611-7603
Telephone:  (312) 222-9350

Dated:  December 20, 2006
174043.1