IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2006,

**DEFENDANTS' OBJECTIONS AND RESPONSES TO ALCOA'S FIRST REQUEST**

**FOR PRODUCTION OF DOCUMENTS REGARDING JURISDICTION** were served upon

the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Thomas G. Rohback, Esquire<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | VIA ELECTRONIC MAIL |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

Robert M. Howard, Esquire
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101

James R. Barrett, Esquire
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

*Of Counsel:*

Shelley Smith
Richard P. Steinken
Shahid U. Haque
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603
Telephone: (312) 222-9350

Dated: December 20, 2006
174043.1

<u>VIA ELECTRONIC MAIL</u>

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc.*