IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALCOA INC.,                                         )
                                                    )
          Plaintiff,                                )
                                                    )       C.A. No.  06-451-SLR
v.                                                  )
                                                    )
ALCAN    INC.,    ALCAN    ROLLED    )
PRODUCTS-RAVENSWOOD LLC, f/k/a    )
PECHINEY ROLLED PRODUCTS, LLC,    )
PECHINEY  CAST  PLATE,  INC.,  and   )
CENTURY ALUMINUM COMPANY,           )
                                                    )
          Defendants.                               )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective counsel and subject to the approval of the Court, that the time within

which Plaintiff shall file and serve its answering brief in response to Century Aluminum

Company's Motion To Dismiss For Failure To Join A Party Under Rule 19 (D.I. 19) is extended

to and including February 12, 2007.  Defendant shall file and serve its reply brief on or before

March 8, 2007.


Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Alcoa Inc.

/s/ Christian Douglas Wright
Christian Douglas Wright (#3554)
cwright@ycst.com
Mary F. Dugan (#4704)
mdugan@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
302-571-6600
Attorneys for Defendant Century Aluminum
Company

RLF1-3079760-1

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge