IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ALCAN INC., ALCAN ROLLED PRODUCTS-<br>RAVENSWOOD LLC, f/k/a PECHINEY<br>ROLLED PRODUCTS LLC, PECHINEY CAST<br>PLATE INC., and CENTURY ALUMINUM<br>COMPANY,<br><br>   Defendants. | )<br>)<br>)<br>) C.A. No. 06-451-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER PERMITTING THE ALCAN DEFENDANTS
TO SUPPLEMENT THE RECORD ON THEIR MOTION TO TRANSFER VENUE**

WHEREAS defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC and Pechiney Cast Plate Inc. (the "Alcan Defendants") have moved this Court pursuant to 28 U.S.C. §1404(a) to transfer this action to the United States District Court for the Central District of California (D.I. 14);

WHEREAS, in connection with the Alcan Defendants' motion to transfer venue, certain officials from the City of Vernon, California submitted declarations stating that they are unwilling to travel to Delaware due to the nature of their duties and responsibilities as municipal employees of the City of Vernon;

WHEREAS, one such official, Leonard Grossberg, was out of the country at the time such declarations were submitted, but is now available;

WHEREAS the Alcan Defendants respectfully seek leave of this Court, pursuant to Local Rule 7.1.2(c), to supplement the record on their motion to transfer venue by filing the attached Declaration of Leonard Grossberg; and

WHEREAS the parties have met and conferred and plaintiff Alcoa Inc. does not oppose the filing of the attached Declaration of Leonard Grossberg;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the Alcan Defendants may file the attached Declaration of Leonard Grossberg in support of their motion to transfer venue of this action to the Central District of California.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| /s/ Steven J. Fineman | /s/ John G. Day |
| Alan M. Terrell, Jr.(I.D. #709)<br>Steven J. Fineman (I.D. #4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>terrell@rlf.com<br>fineman@rlf.com<br><br>*Counsel for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (ID #3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Counsel for Defendants Alcan Inc., Alcan Rolled Products-Ravenswood LLC and Pechiney Cast Plate Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff <br><br> vs. <br><br> ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY <br><br> Defendants. | C.A. No. 06-451-SLR <br><br> **DECLARATION OF LEONARD GROSSBERG** |

I, Leonard Grossberg, declare:

1. I am over the age of 18 and am employed by the City of Vernon as a Senior Environmental Health Specialist for the City of Vernon Environmental Health Department ("EHD"). I reside in the City of Oceanside, California. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently hereto.

2. As Senior Environmental Health Specialist for EHD, I have been and am involved in the governmental review process with respect to environmental requirements in connection with the closure of the Pechiney Cast Plate, Inc. ("Pechiney") plant located in the City of Vernon (the "Site"). My involvement has included review of reports and work plans submitted on behalf of Pechiney and conducting periodic visits to the Site. I understand that I have been identified as a witness in the above-captioned action regarding my involvement in the governmental review process in connection with the closure.

3. Due to the nature of my duties and responsibilities as Senior Environmental Health Specialist for EHD, I would not be willing to voluntarily travel to Delaware to testify in this matter due to the inconvenience such a trip would cause.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31 day of January, 2007, at Vernon, California.

*/s/ Leonard Grossberg*
Leonard Grossberg