IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff <br><br> vs. <br><br> ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY <br><br> Defendants. | C.A. No. 06-451-SLR <br><br> **DECLARATION OF LEONARD GROSSBERG** |

I, Leonard Grossberg, declare:

1. I am over the age of 18 and am employed by the City of Vernon as a Senior Environmental Health Specialist for the City of Vernon Environmental Health Department ("EHD"). I reside in the City of Oceanside, California. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently hereto.

2. As Senior Environmental Health Specialist for EHD, I have been and am involved in the governmental review process with respect to environmental requirements in connection with the closure of the Pechiney Cast Plate, Inc. ("Pechiney") plant located in the City of Vernon (the "Site"). My involvement has included review of reports and work plans submitted on behalf of Pechiney and conducting periodic visits to the Site. I understand that I have been identified as a witness in the above-captioned action regarding my involvement in the governmental review process in connection with the closure.

3. Due to the nature of my duties and responsibilities as Senior Environmental Health Specialist for EHD, I would not be willing to voluntarily travel to Delaware to testify in this matter due to the inconvenience such a trip would cause.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31 day of January, 2007, at Vernon, California.

_/s/ Leonard Grossberg_
Leonard Grossberg