IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06-451-SLR |
| ALCAN INC., ALCAN ROLLED | ) |
| PRODUCTS-RAVENSWOOD LLC, f/k/a | ) |
| PECHINEY ROLLED PRODUCTS, LLC, | ) |
| PECHINEY CAST PLATE, INC., and | ) |
| CENTURY ALUMINUM COMPANY, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark A. Miller of Latham & Watkins, LLP to represent defendant Century Aluminum Company in this matter. Pursuant to the Standing Order for the District Court Fund, the annual fee of $25.00 is enclosed with this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Mary F. Dugan*
Christian Douglas Wright (No. 3554)
cwright@ycst.com
Mary F. Dugan (No. 4704)
mdugan@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
*Attorneys for Defendant Century Aluminum Company*

Dated: July 10, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of July 2007, that counsel's motion for admission pro hac vice of Mark A. Miller of Latham & Watkins, LLP is granted.

_____
Judge Sue L. Robinson
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is submitted to the Clerk of the Court with the attached Motion.

Mark A. Miller
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Dated: July 10, 2007