IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-451-SLR |
| | ) |
| ALCAN INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 17th day of July, 2007, consistent with the memorandum opinions issued this same date;

IT IS ORDERED that:

1. Alcan's motion to dismiss for lack of personal jurisdiction (D.I. 12) is granted.

2. Century's motion to dismiss for failure to join a party (D.I. 19) is denied.

_____
United States District Judge