IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>ALCAN INC., ALCAN ROLLED )<br>PRODUCTS-RAVENSWOOD LLC, f/k/a )<br>PECHINEY ROLLED PRODUCTS, LLC, )<br>PECHINEY CAST PLATE, INC., and )<br>CENTURY ALUMINUM COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

TO:

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Alcoa Inc.'s First Set Of Interrogatories To Alcan Rolled Products-Ravenswood LLC were caused to be served on August 16, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

|  |  |
|---|---|
| | /s/ *signature* |
| | Allen M. Terrell, Jr. (#709) |
| OF COUNSEL: | terrell@rlf.com |
| Thomas G. Rohback | Steven J. Fineman (#4025) |
| James J. Reardon | fineman@rlf.com |
| Benjamin J. Ferron | Richards Layton & Finger |
| LeBoeuf, Lamb, Greene & MacRae LLP | One Rodney Square |
| Goodwin Square | 920 North King Street |
| 225 Asylum Street | Wilmington, DE 19801 |
| Hartford, CT 06103 | 302-651-7700 |
| 860-293-3500 | Attorneys for Plaintiff |

Dated: August 16, 2007

2

RLF1-3190417-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman @rlf.com