## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-451-SLR |
| v. | ) | |
| ALCAN INC., ALCAN ROLLED | ) | |
| PRODUCTS-RAVENSWOOD LLC, f/k/a | ) | **DEMAND FOR JURY TRIAL** |
| PECHINEY ROLLED PRODUCTS, LLC, | ) | |
| PECHINEY CAST PLATE, INC., and | ) | |
| CENTURY ALUMINUM COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| John G. Day, Esquire | Christian D. Wright |
| Ashby & Geddes | Young, Conaway, Stargatt & Taylor |
| 500 Delaware Avenue | The Brandywine Building |
| 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Alcoa Inc.'s First

Requests for Production to Pechiney Cast Plate, Inc. were caused to be served on August 16,

2007 on counsel of record in the manner indicated:

| | |
|---|---|
| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
| John G. Day, Esquire | Christian D. Wright |
| Ashby & Geddes | Young, Conaway, Stargatt & Taylor |
| 500 Delaware Avenue | The Brandywine Building |
| 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

Allen M. Terrell, Jr. (#709)
terrell@rlf.com

OF COUNSEL:
Thomas G. Rohback
James J. Reardon
Benjamin J. Ferron
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500

Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff

Dated: August 16, 2007

2

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman @rlf.com