IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN INC., ALCAN ROLLED ) | |
| PRODUCTS-RAVENSWOOD LLC, f/k/a ) | **DEMAND FOR JURY TRIAL** |
| PECHINEY ROLLED PRODUCTS, LLC, ) | |
| PECHINEY CAST PLATE, INC., and ) | |
| CENTURY ALUMINUM COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

TO:
    John G. Day, Esquire      Christian D. Wright
    Ashby & Geddes      Young, Conaway, Stargatt & Taylor
    500 Delaware Avenue      The Brandywine Building
    8th Floor      1000 West Street, 17th Floor
    P.O. Box 1150      Wilmington, DE 19801
    Wilmington, DE 19899

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Alcoa Inc.'s First Set of Interrogatories to Century Aluminum Company were caused to be served on August 24, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**      **BY HAND DELIVERY**
John G. Day, Esquire      Christian D. Wright
Ashby & Geddes      Young, Conaway, Stargatt & Taylor
500 Delaware Avenue      The Brandywine Building
8th Floor      1000 West Street, 17th Floor
P.O. Box 1150      Wilmington, DE 19801
Wilmington, DE 19899

RLF1-3193578-1

/s/ Allen M. Terrell, Jr.
_____
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff

OF COUNSEL:
Thomas G. Rohback
James J. Reardon
Benjamin J. Ferron
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500

Dated: August 24, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-3193578-1