## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALCOA INC.,                                          )
                                                     )
        Plaintiff,                              )
                                                     )
                                                     )    C.A. No. 06-451-SLR
v.                                                   )
ALCAN    INC.,    ALCAN    ROLLED    )
PRODUCTS-RAVENSWOOD LLC, f/k/a    )
PECHINEY ROLLED PRODUCTS, LLC,    )    **DEMAND FOR JURY TRIAL**
PECHINEY CAST PLATE, INC., and    )
CENTURY ALUMINUM COMPANY,          )
                                                     )
        Defendants.                             )

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| John G. Day, Esquire | Christian D. Wright |
| Ashby & Geddes | Young, Conaway, Stargatt & Taylor |
| 500 Delaware Avenue | The Brandywine Building |
| 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

PLEASE TAKE NOTICE that true and correct copies of Plaintiff Alcoa Inc.'s First

Requests for Production to Century Aluminum Company were caused to be served on August

24, 2007 on counsel of record in the manner indicated:

| | |
|---|---|
| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
| John G. Day, Esquire | Christian D. Wright |
| Ashby & Geddes | Young, Conaway, Stargatt & Taylor |
| 500 Delaware Avenue | The Brandywine Building |
| 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

Allen M. Terrell, Jr. (#709)

OF COUNSEL:                               terrell@rlf.com

Thomas G. Rohback               Steven J. Fineman (#4025)

James J. Reardon                   fineman@rlf.com

Benjamin J. Ferron               Richards Layton & Finger

LeBoeuf, Lamb, Greene & MacRae LLP   One Rodney Square

Goodwin Square                 920 North King Street

225 Asylum Street                Wilmington, DE 19801

Hartford, CT 06103               302-651-7700

860-293-3500                    Attorneys for Plaintiff

Dated: August 24, 2007

2

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-3193579-1