IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN INC., ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

TO:

John G. Day, Esquire  
Ashby & Geddes  
500 Delaware Avenue  
8th Floor  
P.O. Box 1150  
Wilmington, DE 19899

Christian D. Wright  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiff's Rule 26(a)(1) Initial Disclosures were caused to be served on August 31, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**  
John G. Day, Esquire  
Ashby & Geddes  
500 Delaware Avenue  
8th Floor  
P.O. Box 1150  
Wilmington, DE 19899

**BY HAND DELIVERY**  
Christian D. Wright  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801

|  |  |
|---|---|
| OF COUNSEL:<br>Harry M. Johnson, III<br>J. Michael Showalter<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd St.<br>Richmond, VA 23219<br>(804) 788-8200 | /s/ Allen M. Terrell, Jr.<br>Allen M. Terrell, Jr. (#709)<br>terrell@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Plaintiff |

Dated: August 31, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman@rlf.com