**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-451-SLR |
| v. | ) | |
| | ) | |
| ALCAN ROLLED PRODUCTS-<br>RAVENSWOOD LLC, f/k/a PECHINEY<br>ROLLED PRODUCTS LLC, PECHINEY CAST<br>PLATE INC., and CENTURY ALUMINUM<br>COMPANY, | ) <br> ) <br> ) <br> ) <br> ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 31st day of August, 2007, **INITIAL**

**DISCLOSURES OF ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC AND**

**PECHINEY CAST PLATE INC.** was served upon the following counsel of record at the

address and in the manner indicated:


Steven J. Fineman, Esquire                          HAND DELIVERY
Richards Layton & Finger LLP
One Rodney Square
920 North King Street
Wilmington, DE  19899

Harry M. Johnson, III, Esquire                     VIA ELECTRONIC MAIL
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Christian D. Wright, Esquire                        HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Robert M. Howard, Esquire                    <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA  92101

James R. Barrett, Esquire                    <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304


                                             ASHBY & GEDDES

                                             */s/ John G. Day*
                                             _____
                                             Steven J. Balick (I.D.#2114)
                                             John G. Day (I.D. #2403)
                                             Tiffany Geyer Lydon (I.D. #3950)
                                             500 Delaware Avenue, 8th Floor
                                             P.O. Box 1150
                                             Wilmington, DE 19899
                                             302-654-1888

                                             *Attorneys for Defendants Alcan Rolled*
                                             *Products-Ravenswood LLC, f/k/a*
*Of Counsel:*                                *Pechiney Rolled Products, LLC, and*
                                             *Pechiney Cast Plate, Inc.*
Richard P. Steinken
Shelley Smith
Steven M. Siros
Jenner & Block
One IBM Plaza
Chicago, IL  60611-7603
Telephone:  (312) 222-9350


Dated:  August 31, 2007
174043.1