# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

September 12, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *Alcoa Inc. v. Alcan Inc., et al.*,
              C.A. No.: 06-451-SLR

Dear Judge Robinson:

      As a result of the teleconference held on August 2, 2007, the parties have revised the form of Scheduling Order. Enclosed please find a final form of Scheduling Order for Your Honor's signature. We respectfully request that the Court enter the Scheduling Order if it is acceptable to the Court.

Respectfully,

Steven J. Fineman (#4025)

SXF/lll
Enclosure

cc:    John G. Day, Esquire
        Christian D. Wright, Esquire

RLF1-3198811-1