**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-451-SLR |
| v. | ) | |
| | ) | |
| ALCAN ROLLED PRODUCTS- | ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY | ) | |
| ROLLED PRODUCTS LLC, PECHINEY CAST | ) | |
| PLATE INC., and CENTURY ALUMINUM | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of September, 2007, **PECHINEY CAST PLATE, INC.'S OBJECTIONS AND RESPONSES TO ALCOA'S FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:


Steven J. Fineman, Esquire                          HAND DELIVERY
Richards Layton & Finger LLP
One Rodney Square
920 North King Street
Wilmington, DE  19899

Harry M. Johnson, III, Esquire                      VIA ELECTRONIC MAIL
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219

Christian D. Wright, Esquire                         HAND DELIVERY
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Robert M. Howard, Esquire                         VIA ELECTRONIC MAIL
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA  92101


James R. Barrett, Esquire                         VIA ELECTRONIC MAIL
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304




                                                  ASHBY & GEDDES

                                                  */s/ Tiffany Geyer Lydon*
                                                  _____
                                                  Steven J. Balick (I.D.#2114)
                                                  John G. Day (I.D. #2403)
                                                  Tiffany Geyer Lydon (I.D. #3950)
                                                  500 Delaware Avenue, 8th Floor
                                                  P.O. Box 1150
                                                  Wilmington, DE 19899
                                                  302-654-1888

                                                  *Attorneys for Defendants Alcan*
                                                  *Rolled-Products-Ravenswood LLC and*
                                                  *Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken
Steven M. Siros
Sarah Hardgrove-Koleno
Jenner & Block
330 N. Wabash Avenue
Chicago, IL  60611-7603
Telephone:  (312) 222-9350


Dated:  September 17, 2007
174043.1