IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY ) | |
| ROLLED PRODUCTS LLC, PECHINEY CAST ) | |
| PLATE INC., and CENTURY ALUMINUM ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2007, **PECHINEY CAST PLATE, INC.'S OBJECTIONS AND RESPONSES TO ALCOA'S FIRST REQUESTS FOR PRODUCTION** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Harry M. Johnson, III, Esquire<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219 | VIA ELECTRONIC MAIL |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

Robert M. Howard, Esquire
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101

James R. Barrett, Esquire
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

<u>VIA ELECTRONIC MAIL</u>

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants Alcan Rolled-Products-Ravenswood LLC and Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken
Steven M. Siros
Sarah Hardgrove-Koleno
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603
Telephone: (312) 222-9350

Dated: September 17, 2007
174043.1