IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-451-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2007, **ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC AND PECHINEY CAST PLATE, INC.'S FIRST REQUESTS FOR PRODUCTION TO ALCOA INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Harry M. Johnson, III, Esquire<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA  23219 | VIA ELECTRONIC MAIL |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |

Robert M. Howard, Esquire
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101

James R. Barrett, Esquire
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

<u>VIA ELECTRONIC MAIL</u>

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants Alcan
Rolled-Products-Ravenswood LLC and
Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken
Steven M. Siros
Sarah Hardgrove-Koleno
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
312-222-9350

Dated: October 12, 2007
174043.1