IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, f/k/a PECHINEY )<br>ROLLED PRODUCTS LLC, PECHINEY CAST )<br>PLATE INC., and CENTURY ALUMINUM )<br>COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2007, **ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC AND PECHINEY CAST PLATE, INC.'S FIRST SET OF INTERROGATORIES TO CENTURY ALUMINUM COMPANY** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Harry M. Johnson, III, Esquire<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA  23219 | **VIA ELECTRONIC MAIL** |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | **HAND DELIVERY** |

Robert M. Howard, Esquire  VIA ELECTRONIC MAIL
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA  92101

James R. Barrett, Esquire  VIA ELECTRONIC MAIL
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants Alcan*
*Rolled-Products-Ravenswood LLC and*
*Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken
Steven M. Siros
Sarah Hardgrove-Koleno
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
312-222-9350

Dated:  October 12, 2007
174043.1