IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-451-SLR |
| ) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, ) | **TRIAL BY JURY** |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, ) | **DEMANDED** |
| PECHINEY CAST PLATE, INC., and CENTURY ) | |
| ALUMINUM COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, ) | |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, and ) | |
| PECHINEY CAST PLATE, INC., ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALCOA, INC. and CENTURY ALUMINUM COMPANY,) | |
| ) | |
| Counter-Defendants ) | |
| _____) | |
| CENTURY ALUMINUM COMPANY, ) | |
| ) | |
| Counterclaim and Cross-Claim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALCOA, INC., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, ) | |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, and ) | |
| PECHINEY CAST PLATE, INC., ) | |
| ) | |
| Cross-Claim and Counterclaim Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 19, 2007, copies of Century Aluminum Company's Supplemental Disclosures Pursuant To Federal Rule Of Civil Procedure 26(e) and this Notice of Service were served upon the following counsel of record as indicated.

### BY HAND DELIVERY & E-MAIL

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire | Steven J. Balick, Esquire |
| Steven J. Fineman, Esquire | John G. Day, Esquire |
| Richards, Layton & Finger, P.A. | Tiffany Geyer Lydon, Esquire |
| One Rodney Square | Ashby & Geddes |
| 920 North King Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 551 | Wilmington, DE 19801 |
| Wilmington, DE 19899-0551 | |

PLEASE TAKE FURTHER NOTICE that on October 19, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above-listed counsel of record.

Dated: October 19, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Mary F. Dugan*

Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com
mdugan@ycst.com

OF COUNSEL:

LATHAM & WATKINS LLP
Robert M. Howard (admitted *pro hac vice*)
James R. Barrett (admitted *pro hac vice*)
Mark A. Miller (admitted *pro hac vice*)
Robyn L. Ginsberg (admitted *pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

*Attorneys for Century Aluminum Company*