IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, PECHINEY CAST ) | **DEMAND FOR JURY TRIAL** |
| PLATE, INC., and CENTURY ) | |
| ALUMINUM COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

TO:

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of the Response Of Alcoa Inc. To Alcan Rolled Products-Ravenswood LLC And Pechiney Cast Plate, Inc.'s First Requests For Production To Alcoa Inc. were caused to be served on November 12, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                                 /s/ [signature]

                                                                 Allen M. Terrell, Jr. (#709)

OF COUNSEL:                               terrell@rlf.com  
Harry M. Johnson, III               Steven J. Fineman (#4025)  
J. Michael Showalter              fineman@rlf.com  
Hunton & Williams LLP          Richards Layton & Finger  
Riverfront Plaza, East Tower     One Rodney Square  
951 E. Byrd St.                     920 North King Street  
Richmond, VA 23219            Wilmington, DE 19801  
(804) 788-8200                     302-651-7700  
                                          Attorneys for Plaintiff

Dated: November 12, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
Fineman@rlf.com

RLF1-3090455-1