IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, <br><br> Defendants. | C.A. No. 06-451-SLR <br><br> **TRIAL BY JURY DEMANDED** |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> ALCOA, INC. and CENTURY ALUMINUM COMPANY, <br><br> Counter-Defendants | |
| CENTURY ALUMINUM COMPANY, <br><br> Counterclaim and Cross-Claim Plaintiff, <br><br> v. <br><br> ALCOA, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., <br><br> Cross-Claim and Counterclaim Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 13, 2007, copies of (1) *Defendant Century Aluminum Company's Objections and Responses to Alcan Rolled Products-Ravenswood LLC's and Pechiney Cast Plate, Inc.'s First Set of Requests for the Production of Documents* and (2) *Defendant Century Aluminum Company's Objections and Responses to Alcan Rolled Products-Ravenswood LLC's and Pechiney Cast Plate, Inc.'s First Set of Interrogatories* and this Notice of Service were served upon the following counsel of record as indicated.

### BY HAND DELIVERY & E-MAIL

Allen M. Terrell, Jr., Esquire
Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on November 13, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notice that such filing is available for viewing and downloading to the above-listed counsel of record.

Dated: November 13, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Mary F. Dugan*

Christian Douglas Wright (No. 3554)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com
mdugan@ycst.com

OF COUNSEL:

LATHAM & WATKINS LLP
Robert M. Howard (admitted *pro hac vice*)
James R. Barrett (admitted *pro hac vice*)
Mark A. Miller (admitted *pro hac vice*)
Robyn L. Ginsberg (admitted *pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

*Attorneys for Century Aluminum Company*