IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>) C.A. No. 06-451-SLR<br>v. )<br>ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, PECHINEY CAST ) **DEMAND FOR JURY TRIAL**<br>PLATE, INC., and CENTURY )<br>ALUMINUM COMPANY, )<br>)<br>Defendants. ) | |

## NOTICE OF SERVICE

TO:

John G. Day, Esquire            Christian D. Wright
Ashby & Geddes                  Young, Conaway, Stargatt & Taylor
500 Delaware Avenue             The Brandywine Building
8th Floor                       1000 West Street, 17th Floor
P.O. Box 1150                   Wilmington, DE 19801
Wilmington, DE 19899

PLEASE TAKE NOTICE that true and correct copies of the Response of Alcoa Inc. to Century Aluminum Company's First Requests for Production to Alcoa Inc. were caused to be served on December 21, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**                **BY HAND DELIVERY**
John G. Day, Esquire                Christian D. Wright
Ashby & Geddes                      Young, Conaway, Stargatt & Taylor
500 Delaware Avenue                 The Brandywine Building
8th Floor                           1000 West Street, 17th Floor
P.O. Box 1150                       Wilmington, DE 19801
Wilmington, DE 19899

RLF1-3090455-1

OF COUNSEL:
Harry M. Johnson, III
J. Michael Showalter
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 23219
(804) 788-8200

/s/ Allen M. Terrell, Jr.
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff

Dated: December 21, 2007

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY E-FILE & HAND DELIVERY**
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-FILE & HAND DELIVERY**
Christian D. Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Fineman (#4025)
Fineman @rlf.com

RLF1-3090455-1