IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-SLR |
| v. ) | |
| ) | |
| ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY ) | |
| ROLLED PRODUCTS LLC, PECHINEY CAST ) | |
| PLATE INC., and CENTURY ALUMINUM ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2007, **ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC AND PECHINEY CAST PLATE, INC.'S OBJECTIONS AND RESPONSES TO CENTURY'S FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Richards Layton & Finger LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Harry M. Johnson, III, Esquire<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219 | VIA ELECTRONIC MAIL |
| Christian D. Wright, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

Robert M. Howard, Esquire  
Latham & Watkins LLP  
600 West Broadway, Suite 1800  
San Diego, CA  92101  

James R. Barrett, Esquire  
Latham & Watkins LLP  
555 Eleventh Street, N.W., Suite 1000  
Washington, DC  20004-1304  

<u>VIA ELECTRONIC MAIL</u>

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
302-654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com  

*Attorneys for Defendants Alcan*  
*Rolled-Products-Ravenswood LLC and*  
*Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken  
Steven M. Siros  
Sarah Hardgrove-Koleno  
JENNER & BLOCK LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
312-222-9350  

Dated:  December 21, 2007  
174043.1