IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, f/k/a PECHINEY )<br>ROLLED PRODUCTS LLC, PECHINEY CAST )<br>PLATE INC., and CENTURY ALUMINUM )<br>COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-SLR |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2007, **ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC AND PECHINEY CAST PLATE, INC.'S OBJECTIONS AND RESPONSES TO CENTURY'S FIRST REQUESTS FOR PRODUCTION** was served upon the following counsel of record at the address and in the manner indicated:

Steven J. Fineman, Esquire                         **HAND DELIVERY**
Richards Layton & Finger LLP
One Rodney Square
920 North King Street
Wilmington, DE 19899

Harry M. Johnson, III, Esquire                    **VIA ELECTRONIC MAIL**
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Christian D. Wright, Esquire                        **HAND DELIVERY**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Robert M. Howard, Esquire
Latham & Watkins LLP
600 West Broadway, Suite 1800
San Diego, CA 92101

VIA ELECTRONIC MAIL

James R. Barrett, Esquire
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants Alcan
Rolled-Products-Ravenswood LLC and
Pechiney Cast Plate, Inc.*

*Of Counsel:*

Richard P. Steinken
Steven M. Siros
Sarah Hardgrove-Koleno
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
312-222-9350

Dated: December 21, 2007
174043.1