IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-451-SLR |
| | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, | ) **TRIAL BY JURY** |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, | ) **DEMANDED** |
| PECHINEY CAST PLATE, INC., and CENTURY | ) |
| ALUMINUM COMPANY, | ) |
| | ) |
| Defendants. | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, | ) |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, and | ) |
| PECHINEY CAST PLATE, INC., | ) |
| | ) |
| Counter-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALCOA, INC. and CENTURY ALUMINUM COMPANY, | ) |
| | ) |
| Counter-Defendants | ) |
| CENTURY ALUMINUM COMPANY, | ) |
| | ) |
| Counterclaim and Cross-Claim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALCOA, INC., | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, | ) |
| f/k/a PECHINEY ROLLED PRODUCTS, LLC, and | ) |
| PECHINEY CAST PLATE, INC., | ) |
| | ) |
| Cross-Claim and Counterclaim Defendants. | ) |

## ORDER

At Wilmington this **11th** day of **February, 2008**.

IT IS ORDERED that a status teleconference has been scheduled for **February 25, 2008 at 9:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

IT IS FURTHER ORDERED that the mediation conference scheduled for **February 25, 2008 at 9:00 a.m.** is **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE