IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) C.A. No. 06-451-SLR |
| v. | ) |
| ALCAN INC., ALCAN ROLLED | ) |
| PRODUCTS-RAVENSWOOD LLC, f/k/a | ) **DEMAND FOR JURY TRIAL** |
| PECHINEY ROLLED PRODUCTS, LLC, | ) |
| PECHINEY CAST PLATE, INC., and | ) |
| CENTURY ALUMINUM COMPANY, | ) |
|   | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Craig Landin of Hunton & Williams LLP, Riverfront Plaza, East Tower, 951 E. Byrd Street, Richmond, Virginia 23219, to represent Plaintiff Alcoa Inc. in this matter.

/s/ Allen M. Terrell
Allen M. Terrell, Jr. (#709)
terrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

Dated: February 22, 2008            Attorneys for Plaintiff Alcoa Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of February, 2008.

_____
United States District Judge

RLF1-3223196-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

David Craig Landin
dlandin@hunton.com
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8387
Facsimile: (804) 788-8218

Dated: February 22, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esquire | Christian D. Wright, Esquire |
| John G. Day, Esquire | Young, Conaway, Stargatt & Taylor |
| Tiffany Geyer Lydon, Esquire | The Brandywine Building |
| 222 Delaware Avenue, 17th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com