IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC.,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>ALCOA, INC. and CENTURY ALUMINUM COMPANY,<br><br>    Counter-Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CENTURY ALUMINUM COMPANY,<br><br>    Counterclaim and Cross-Claim Plaintiff,<br><br>v.<br><br>ALCOA, INC.,<br><br>    Counterclaim Defendant,<br><br>and<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC.,<br><br>    Cross-Claim and Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 06-451-SLR

**TRIAL BY JURY DEMANDED**

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Robyn L. Ginsberg of Latham & Watkins LLP as counsel to Defendant Century Aluminum Company in the above-captioned action.

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ Mary F. Dugan*
        Christian Douglas Wright (No. 3554)
        Mary F. Dugan (No. 4704)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        cwright@ycst.com
        mdugan@ycst.com

        *Attorneys for Defendant Century Aluminum Company*

Dated: April 23, 2008