IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-451-SLR |
| v. | ) |
| | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) ) ) ) |
| Defendants. | |

**STIPULATION AND ORDER AMENDING
SCHEDULING ORDER**

WHEREAS this case involves the allocation of environmental liabilities associated with the remediation and redevelopment of a former aluminum cast plate facility (the "Facility") located in Vernon, California between and among Alcoa Inc., Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, Pechiney Cast Plate, Inc., and Century Aluminum Company (collectively, the "Parties);

WHEREAS the quantum of environmental liabilities associated with the Facility is presently uncertain, pending approval by the California Department of Toxic Substances Control ("DTSC") and the City of Vernon Department of Environmental Health and Safety ("Vernon EHS") of a Feasibility Study / Remedial Action Plan (the "Plan") that is presently the subject of significant negotiations between Pechiney Cast Plate, Inc. and Vernon EHS, but which, as yet, has neither been finalized nor approved;

WHEREAS the Parties currently believe that the ultimate cost of the necessary remediation of the Facility will be toward the lower end of the range set forth in the Plan of

RLF1-3276345-1

2

between approximately $3.7 million and more than $28 million, but acknowledge that this outcome is not certain;

WHEREAS substantial document discovery has already been conducted in this case but the parties recognize that there exists a significant risk that much of the discovery that has and will occur prior to Plan approval may need to be either redone or supplemented should the Plan, as ultimately approved, differ significantly from the current draft of the Plan;

WHEREAS the Parties are scheduled to participate in a mediation of this case before Magistrate Judge Leonard P. Stark on May 21, 2008 in an attempt to resolve the issues between them in an efficient manner; and

WHEREAS the Parties wish to minimize any unnecessary expenditure of time and resources on discovery until the Plan is finalized, or until the mediation is completed;

NOW THEREFORE, the Parties stipulate and agree, subject to the approval and Order of this Court, that the Scheduling Order entered in this matter on September 18, 2007 (D.I. 72) be amended as follows:

(a) All deposition discovery will commence in August 2008, and be completed by October 30, 2008;

(b) All expert discovery will be commenced in time to be completed by January 25, 2009;

(c) All requests for admission will be completed by February 15, 2009;

(d) All reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof will be due on December 1, 2008. Rebuttal expert reports will be due by December 26, 2008.

(e) All summary judgment motions shall be served and filed with an opening brief on or before March 8, 2009. Response briefs shall be filed no later than April 22, 2009. No summary judgment motion shall be filed more than ten days from March 8, 2009, without leave of the court.

(f) All motions *in limine* shall be filed on or before August 16, 2009. All responses to said motions shall be filed on or before August 23, 2009.

(g) A pretrial conference will be held on _____, 2009.

(h) A ten-day jury trial will be commence on _____, 2009.

|  |  |
|---|---|
| /s/ Steven J. Fineman #4025 | /s/ Tiffany Geyer Lydon #3950 |
| Allen M. Terrell, Jr. (#709) | John G. Day (#2403) |
| terrell@rlf.com | jday@ashby-geddes.com |
| Steven J. Fineman (#4025) | Tiffany Geyer Lydon (#3950) |
| fineman@rlf.com | tlydon@asjby-geddes.com |
| Richards Layton & Finger | Ashby & Geddes, P.A. |
| One Rodney Square | 500 Delaware Ave., 8th Floor |
| 920 North King Street | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| 302-651-7700 | Attorneys for Defendants Alcan Rolled |
| Attorneys for Plaintiff Alcoa Inc. | Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, Pechiney Cast Plate, Inc |

/s/ Mary F. Dugan #4704
Christian Douglas Wright (#3554)
cwright@ycst.com
Mary F. Dugan (#4704)
mdugan@ycst.com
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Attorneys for Defendant Century Aluminum Company

4

SO ORDERED THIS _____ day of _____, 2008.

_____
United States District Judge