IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, )<br>f/k/a PECHINEY ROLLED PRODUCTS, LLC, )<br>PECHINEY CAST PLATE, INC., and CENTURY )<br>ALUMINUM COMPANY, )<br>)<br>Defendants. )<br>) | C.A. No. 06-451-SLR<br><br>**TRIAL BY JURY<br>DEMANDED** |

ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, )
f/k/a PECHINEY ROLLED PRODUCTS, LLC, and )
PECHINEY CAST PLATE, INC., )
)
Counter-Plaintiffs, )
)
v. )
)
ALCOA, INC. and CENTURY ALUMINUM COMPANY,)
)
Counter-Defendants )
)

CENTURY ALUMINUM COMPANY, )
)
Counterclaim and Cross-Claim Plaintiff, )
)
v. )
)
ALCOA, INC., )
)
Counterclaim Defendant, )
)
and )
)
ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, )
f/k/a PECHINEY ROLLED PRODUCTS, LLC, and )
PECHINEY CAST PLATE, INC., )
)
Cross-Claim and Counterclaim Defendants. )

## ORDER

At Wilmington this **17th** day of **June, 2008**.

IT IS ORDERED that the Mediation Conference scheduled for **July 9th, 2008** is hereby CANCELED.

IT IS FURTHER ORDERED that the parties are no longer required to submit the mediation statements due on or before June 25th, 2008 in relation to the July 9th, 2008 conference, pursuant to the Order issued by Magistrate Stark on May 5th, 2008 ( d.i. 97 ).

IT IS FURTHER ORDERED that the plaintiff shall submit a letter on behalf of all parties within ten days of the filing of recommendations with the applicable regulatory entity, as discussed. The Court will then schedule a further mediation teleconference.

_____
UNITED STATES MAGISTRATE JUDGE