# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-451-JFB-SRF |
| v. ) | |
| ) | |
| ALCAN ROLLED PRODUCTS- ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY ) | |
| ROLLED PRODUCTS LLC, PECHINEY CAST ) | |
| PLATE INC., and CENTURY ALUMINUM ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of August 2018, the **(1) REBUTTAL EXPERT REPORT OF A.J. GRAVEL; (2) REBUTTAL EXPERT REPORT OF WALTER J. SHIELDS; (3) REBUTTAL EXPERT REPORT OF PETER M. MESARD; (4) REBUTTAL EXPERT REPORT OF JOHN P. WOODYARD; (5) REBUTTAL EXPERT REPORT OF RENEE M. KALMES;** and **(6) REBUTTAL EXPERT REPORT OF PAUL VIDAS** were served upon the following counsel of record at the address and in the manner indicated:

Steven J. Fineman, Esquire                                                VIA ELECTRONIC MAIL
Richards Layton & Finger LLP
One Rodney Square
920 North King Street
Wilmington, DE  19899

David B. Sadwick, Esquire                                                VIA ELECTRONIC MAIL
Tatro Tekosky Sadwich LLP
333 S. Grand Avenue
Suite 4270
Los Angeles, CA  90071

{01359581;v1 }

Mary F. Dugan, Esquire VIA ELECTRONIC MAIL
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Scott P. Glauberman, Esquire VIA ELECTRONIC MAIL
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

 ASHBY & GEDDES

 */s/ Tiffany Geyer Lydon*

*Of Counsel:* _____
 John G. Day (#2403)
John D. Parker Tiffany Geyer Lydon (#3950)
BAKER & HOSTETLER LLP 500 Delaware Avenue, 8th Floor
Key Tower P.O. Box 1150
127 Public Square, Suite 2000 Wilmington, DE 19899
Cleveland, OH  44114-1214 (302) 654-1888
(216) 621-0200 jday@ashbygeddes.com
 tlydon@ashbygeddes.com

John F. Cermak
Sonja A. Inglin *Attorneys for Defendants Constellium Rolled*
Ryan D. Fischbach *Products Ravenswood LLC (formerly Alcan*
Robert C. Welsh *Rolled-Products-Ravenswood LLC) and*
BAKER & HOSTETLER LLP *Pechiney Cast Plate, Inc.*
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
(310) 820-8800

Dated:  August 30, 2018