# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCAN ROLLED PRODUCTS- )<br>RAVENSWOOD LLC, f/k/a PECHINEY )<br>ROLLED PRODUCTS, LLC, )<br>PECHINEY CAST PLATE, INC., and )<br>CENTURY ALUMINUM COMPANY, )<br>)<br>Defendants. ) | C.A. No. 06-451-JFB-SRF<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiff Alcoa Inc. will cause the subpoena *duces tecum* attached as Exhibit 1 and the subpoena *ad testificandum* attached as Exhibit 2 to be served on Renee Kalmes. The subpoena *duces tecum* requests that Ms. Kalmes produce the documents listed in Schedule A to the subpoena no later than March 4, 2019 at the offices of Tatro Tekosky Sadwick LLP, 333 S. Grand Avenue, Suite 4270, Los Angeles, California 90071.

|  |  |
|---|---|
|  | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Christine D. Haynes (#4697)<br>haynes@rlf.com<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700 |
| OF COUNSEL:<br>René P. Tatro, Esq.<br>David B. Sadwick, Esq.<br>Juliet A. Markowitz, Esq.<br>Tatro Tekosky Sadwick LLP<br>333 S. Grand Ave. Ste. 4270<br>Los Angeles, CA 90071 |  |
|  | *Attorneys for Plaintiff* |

Dated: February 26, 2019

RLF1 20856072v.1