**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  06-451-JFB-SRF |
| v. | ) | |
| ALCAN ROLLED PRODUCTS- | ) | |
| RAVENSWOOD LLC, f/k/a PECHINEY | ) | **DEMAND FOR JURY TRIAL** |
| ROLLED PRODUCTS, LLC, PECHINEY | ) | |
| CAST PLATE, INC., and CENTURY | ) | |
| ALUMINUM COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ALCOA INC.'S NOTICE OF DEPOSITION**
**TO RENEE KALMES**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff Alcoa Inc., will take the deposition of Renee Kalmes, at the offices of Winston & Strawn LLP, 101 California Street, 35th Floor, San Francisco, California, 94111, commencing on March 7, 2019 at 9:00 a.m. and continuing from day to day, excluding Saturdays, Sundays and holidays, until completed.

The deposition shall be conducted before a certified court reporter authorized to administer oaths and shall be transcribed stenographically.  The deposition will utilize the instant display of testimony.  The deposition will also be video recorded.

OF COUNSEL:
René P. Tatro, Esq.
David B. Sadwick, Esq.
Juliet A. Markowitz, Esq.
Tatro Tekosky Sadwick LLP
333 S. Grand Ave. Ste. 4270
Los Angeles, CA  90071


Dated: February  28, 2019

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com
Christine D. Haynes (#4697)
haynes@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Plaintiff*