**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALCOA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-451-JFB-SRF |
| | ) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD | ) | TRIAL BY JURY |
| LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, | ) | DEMANDED |
| PECHINEY CAST PLATE, INC., and CENTURY | ) | |
| ALUMINUM COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD | ) | |
| LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, | ) | |
| and PECHINEY CAST PLATE, INC., | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ALCOA, INC. and CENTURY ALUMINUM | ) | |
| COMPANY, | ) | |
| Counter-Defendants, | ) | |
| | ) | |
| | ) | |
| CENTURY ALUMINUM COMPANY, | ) | |
| | ) | |
| Counterclaim and Cross-Claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALCOA, INC., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD | ) | |
| LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, | ) | |
| and PECHINEY CAST PLATE, INC., | ) | |
| | ) | |
| Cross-Claim and Counterclaim | ) | |
| Defendants. | ) | |

**ALCOA INC.  AND CENTURY ALUMINUM COMPANY'S JOINT MOTION
FOR AN ORDER DEFERRING CERTAIN CHALLENGES TO
PECHINEY-PROFFERED EXPERT TESTIMONY OR IN THE ALTERNATIVE
EXCLUDING CERTAIN EXPERT TESTIMONY FROM SUCH EXPERTS**

Pursuant to Federal Rules of Evidence 702 and 403, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Alcoa Inc. and Century Aluminum Company (collectively, "Movants") move the Court for an order deferring certain challenges to the testimony of the hired experts of Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc (collectively, "Pechiney").   In further support of this motion, Movants submit contemporaneously herewith: (i) Movants' Opening Brief in Support of the Joint Motion for an Order Deferring Certain Challenges to Pechiney-Proffered Expert Testimony or in the Alternative Excluding Certain Expert Testimony from Such Experts; and (ii) the Declaration of Mary F. Dugan in Support of the Joint Motion for an Order Deferring Certain Challenges to Pechiney-Proffered Expert Testimony or in the Alternative Excluding Certain Expert Testimony from Such Experts.

WHEREFORE, Movants respectfully request that the Court grant an order (1) deferring until a later date (closer to the motions *in limine* deadline) motions on the matters addressed in the joint motion; and (2) directing the parties to meet/confer to agree on a procedure to address the matters raised therein.   Movants request, in the alternative, that the Court direct Pechiney to limit the testimony of its expert witnesses to matters appropriate for expert testimony within the areas of their technical qualifications.

Dated:  July 31, 2019                    YOUNG CONAWAY STARGATT & TAYLOR
                                         LLP

                                         /s/ *Mary F. Dugan*
                                         Mary F. Dugan (No. 4704)
                                         1000 N. King Street
                                         Wilmington, DE 19801
                                         (302) 571-5028
                                         mdugan@ycst.com


                                         OF COUNSEL:
                                         Steven Grimes (admitted *pro hac vice*)
                                         Stephanie B. Sebor (admitted *pro hac vice*)
                                         Kelly E. Mannion (admitted *pro hac vice*)
                                         WINSTON & STRAWN LLP
                                         35 West Wacker Drive
                                         Chicago, IL 60601
                                         (312) 558-5600

                                         *Attorneys for Century Aluminum Company*


Dated:  July 31, 2019                    RICHARDS, LAYTON & FINGER, P.A.

                                         /s/ *Steven J. Fineman*
                                         Steven J. Fineman
                                         One Rodney Square
                                         920 North King Street
                                         P.O. Box 551
                                         Wilmington, DE  19899-0551
                                         fineman@rlf.com


                                         OF COUNSEL:
                                         Rene P. Tatro
                                         David B. Sadwick
                                         Tatro Tekosky Sadwick LLP
                                         333 South Grand Avenue
                                         Suite 4270
                                         Los Angeles, CA  90071
                                         renetatro@ttsmlaw.com
                                         davidsadwick@ttsmlaw.com


                                         *Attorneys for Alcoa Inc.*