# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-451-JFB-SRF |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, | ) TRIAL BY JURY DEMANDED |
| Defendants, | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., | ) |
| Counter-Plaintiffs, | ) |
| v. | ) |
| ALCOA, INC. and CENTURY ALUMINUM COMPANY, | ) |
| Counter-Defendants, | ) |
| CENTURY ALUMINUM COMPANY, | ) |
| Counterclaim and Cross-Claim Plaintiff, | ) |
| v. | ) |
| ALCOA, INC., | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., | ) |
| Cross-Claim and Counterclaim Defendants. | ) |

**DECLARATION OF MARY F. DUGAN IN SUPPORT OF THE JOINT MOTION FOR AN ORDER DEFERRING CERTAIN CHALLENGES TO PECHINEY-PROFFERED EXPERT TESTIMONY OR IN THE ALTERNATIVE EXCLUDING CERTAIN EXPERT TESTIMONY FROM SUCH EXPERTS**

I, Mary F. Dugan, make this Declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Young Conaway Stargatt & Taylor LLP. My Delaware bar number is 4704.

2. I am counsel for Century Aluminum Company ("Century") in this matter. I submit this declaration on behalf of Century and Alcoa Inc. in support of their Joint Motion for an Order Deferring Certain Challenges to Pechiney-Proffered Expert Testimony or in the Alternative Excluding Certain Expert Testimony From Such Experts.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition testimony of Dr. Walter Shields in this matter, given on May 28, 2019 and May 29, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Dr. Walter Shields, dated June 15, 2018, without the figures, tables, or exhibits as referenced therein.

5. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of A.J. Gravel, dated June 15, 2018, without Appendix B or Appendix D as referenced therein.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition testimony of A. J. Gravel in this matter, given on May 21, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of the Expert Report of John P. Woodyard, dated June 15, 2018.

8. Attached as **Exhibit 6** is a true and correct copy of the Expert Rebuttal Report of John P. Woodyard, dated August 24, 2018.

9. Attached as **Exhibit 7** is a true and correct copy of a Memorandum Opinion and Order on certain *Daubert* challenges in *Liqwd, Inc. et al. v. L'Oréal USA Inc. et al.*, No. 17-cv-00014-JFB-SRF, D.I. 906 (D. Del. June 25, 2019).

10. I declare under penalty of perjury under the laws of the United States of

that the foregoing is true and correct.

Dated: July 31, 2019

_____
Mary F. Dugan (No. 4704)
Young Conaway Stargatt & Taylor LLP
1000 N. King Street
Wilmington, DE 19801
(302) 571-5028
mdugan@ycst.com

3