**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALCOA INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC., and CENTURY ALUMINUM COMPANY, <br><br> Defendants, <br><br> ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> ALCOA, INC. and CENTURY ALUMINUM COMPANY, <br><br> Counter-Defendants, <br><br> CENTURY ALUMINUM COMPANY, <br><br> Counterclaim and Cross-Claim Plaintiff, <br><br> v. <br><br> ALCOA, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, and PECHINEY CAST PLATE, INC., <br><br> Cross-Claim and Counterclaim Defendants. | C.A. No. 06-451-JFB-SRF <br><br> TRIAL BY JURY DEMANDED |

**CENTURY ALUMINUM COMPANY'S MOTION
TO DISQUALIFY EXPERT WITNESS A.J. GRAVEL**

01:24863732.1

Pursuant to this Court's inherent power to disqualify experts who have a conflict of interest, Century Aluminum Company ("Century") respectfully moves this Court to disqualify A.J. Gravel, an expert witness offered by Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc. (collectively, "Pechiney"), and the team supporting him in his work for Pechiney. In further support of this motion, Century submits contemporaneously herewith: (i) Century's Opening Brief in Support of its Motion to Disqualify Expert Witness A.J. Gravel; and (ii) the Declaration of Mary F. Dugan in Support of Century's Motion to Disqualify Expert Witness A.J. Gravel.

WHEREFORE, Century respectfully requests that the Court disqualify A.J. Gravel and his team as expert witnesses in this case.

Dated: July 31, 2019

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Mary F. Dugan*
Mary F. Dugan (No. 4704)
1000 N. King Street
Wilmington, DE 19801
(302) 571-5028
mdugan@ycst.com

OF COUNSEL:
Steven Grimes (admitted *pro hac vice*)
Stephanie B. Sebor (admitted *pro hac vice*)
Kelly E. Mannion (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

*Attorneys for Century Aluminum Company*