IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY,<br><br>        Defendants. | C.A. NO. 06-451-JFB-SRF<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the Court on its own motion. The following summary judgment motions are presently pending: defendants Constellium Rolled Products Ravenswood, LLC's (formerly Alcan Rolled-Products-Ravenswood LLC, f/k/a Pechiney Rolled Products LLC) and Pechiney Cast Plate, Inc.'s (collectively "Pechiney") motion for partial summary against Alcoa Inc. ("Alcoa") as to Alcoa's liability for cost recovery under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") § 107(a); that Pechiney's costs incurred were "necessary" and were "in substantial compliance" with CERCLA's National Contingency Plan; and for a declaration that Alcoa is liable under CERCLA for Pechiney's future response costs (D.I. 370); defendant Pechiney's motion for partial summary judgment on its second cross claim against defendant Century Aluminum Co. ("Century") for breach of an indemnity agreement (D.I. 374); plaintiff Alcoa's and defendant Century's joint motion for summary judgment on Pechiney's CERCLA claims (D.I. 376); Defendant Century's motion for

summary judgment on defendant Pechiney's cross-claims for contractual indemnification and on each of Century's cross-claims of indemnification against Pechiney (D.I. 381); plaintiff Alcoa's motion for partial summary judgment against Century as to the contractual interpretation of the Century/Alcoa Acquisition Agreement (D.I. 384); defendant Century's motion for summary judgment on its first, second, and third counterclaims against Alcoa and on Alcoa's first, second, and third claims for relief and related affirmative defenses (D.I. 385); and on plaintiff Alcoa's motion for partial summary judgment as to Pechiney's first counterclaim against Alcoa for cost recovery under CERCLA § 107(a) (D.I. 387). The Court finds oral argument on the pending motions for summary judgment would be beneficial to the Court. Accordingly,

IT IS ORDERED that oral argument on the pending motions for summary judgment are scheduled for a morning hearing before the undersigned on 29th of January 2020 at 9:00 AM in Courtroom 4B, 844 North King St., Wilmington, DE 19801-3570.

Dated this 8th day of January 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge