IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY,<br><br>    Defendants. | C.A. No. 06-451-JFB-SRF<br><br>**ORDER** |

This matter is before the Court on Defendant Pechiney's motion to continue trial. D.I. 454. The Court previously held a hearing concerning the trial date and location on December 14, 2020. Due to the ongoing pandemic, the Court was concerned about the date and location of trial. After considering the parties' arguments, the Court found that trial would remain as scheduled February 8, 2021. Defendant Pechiney now advises the Court that due to logistical and pandemic concerns; it now joins the balance of the parties in their previously asserted request for continuance due to the same concerns.

The Court finds that the safety and logistical problems expressed by the parties is sufficient to justify a continuance.

IT IS ORDERED that the defendant Pechiney's motion for continuance is granted. Trial in this matter is scheduled at 9:00 am, September 20, 2021, in a courtroom to be determined in the J. Caleb Boggs Federal Building, Wilmington, DE.

IT IS FURTHER ORDERED that pretrial filing deadlines are continued. A separate order will be entered setting filing deadlines.

Dated this 4th day of January, 2021.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge