IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS LLC, PECHINEY CAST PLATE INC., and CENTURY ALUMINUM COMPANY,<br><br>　　　　　Defendants. | C.A. No. 06-451-JFB-SRF<br><br>MEMORANDUM and ORDER |

In accordance with the rescheduling of the trial of this action,

IT IS ORDERED:

1.　A status hearing to discuss any issues that may arise in trial on will be held before the undersigned on August 23, 2021, at 9:00 a.m. in a courtroom to be determined in the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

2.　The order of presentation and allotted trial time set forth in earlier orders remains in effect.

3.　The parties shall submit Proposed Findings of Fact and Conclusions of Law to the Court within three weeks after the conclusion of the bench trial and any responses thereto within one week thereafter.

4.　A jury trial on any remaining issues will be set at a later date.

Dated this 15th day of January, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge