# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCOA INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>ALCAN ROLLED PRODUCTS-RAVENSWOOD LLC, f/k/a PECHINEY ROLLED PRODUCTS, LLC, PECHINEY CAST PLATE, INC. and CENTURY ALUMINUM COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-451-JFB-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all parties, Plaintiff and Counterclaim-Defendant Alcoa Inc., now known as Howmet Aerospace Inc., formerly known as Arconic Inc.; Defendants, Counter-Claimants, Cross-Claimants and Cross-claim Defendants Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc.; and Defendant, Counter-Claimant, Cross-Claimant and Cross-claim Defendant Century Aluminum Company, hereby stipulate and agree, subject to the approval of the Court, that the above-captioned action, including all claims, counterclaims, cross-claims, and affirmative defenses, are dismissed with prejudice. Each party shall bear its own costs and fees.

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES, P.A. |
|---|---|
| */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 N. King St.<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>haynes@rlf.com | */s/ Tiffany Geyer Lydon*<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendants, Counter-Claimants,* |

| | |
|---|---|
| *Attorneys for Plaintiff and Counterclaim-Defendant* <br> Alcoa Inc., now known as Howmet Aerospace Inc., formerly known as Arconic Inc. | *Cross-Claimants and Cross-claim Defendants Alcan Rolled Products-Ravenswood LLC, f/k/a Pechiney Rolled Products, LLC, and Pechiney Cast Plate, Inc.* <br><br> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP <br><br> s/ Mary F. Dugan <br> Mary F. Dugan (#4704) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-5028 <br> mdugan@ycst.com <br><br> *Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-claim Defendant Century Aluminum Company* |

Dated: November 2, 2021

SO ORDERED this   10th   day of    November  , 2021.

_____
United States District Judge